1  **KRONENBERGER BURGOYNE, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Henry M. Burgoyne III (Bar No. 203748)
   150 Post Street, Suite 520
3  San Francisco, CA 94108
   Telephone:  (415) 955-1155
4  Facsimile:   (415) 955-1158

5  Attorneys for Assignee DS HOLDINGS, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OFFICE DEPOT, INC.,** a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C06-80356<br><br>**AFFIDAVIT OF IDENTITY AND [PROPOSED] ORDER** |
| **DS HOLDINGS, LLC,** a Colorado limited liability company,<br><br>    Assignee,<br><br>    vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>    Defendants. | |

1                                      AFFIDAVIT OF IDENTITY AND
                                       [PROPOSED] ORDER

I, Karl Kronenberger, represent DS Holdings, LLC ("DS Holdings"), the assignee for judgment creditor Office Depot, Inc. in the above entitled action.

1. The name of the judgment debtor as stated in the judgment of December 14, 2000 in the above entitled action is:

> John Zuccarini, individually and d.b.a. Country Walk

2. The additional names by which the judgment debtor is known are as follows:

> Cupcake Party
>
> CupcakeParty
>
> Cupcake-Party
>
> Cupcake-Parties
>
> Cupcake Shows
>
> Cupcake City
>
> The Cupcake Patrol
>
> Cupcake Patrol
>
> Party Night, Inc.
>
> Peter Carrington
>
> JZ Design
>
> Cupcake Confidential

3. The facts relied on in obtaining the judgment debtor's additional names are as follows:

Through the use of Internet search engines and public WHOIS databases, DS Holdings has identified twelve names and pseudonyms that it believes Zuccarini uses in administering Internet domain name holdings which are subject to the Writ of Attachment in this case. Using those names, and with the aid of additional investigative tools, DS Holdings has identified hundreds of domain names that DS Holdings believes to be owned by Zuccarini.

AFFIDAVIT OF IDENTITY AND [PROPOSED] ORDER

1   DS Holdings has obtained multiple types of corroborating evidence, all of which is
2 in the public realm, supporting Zuccarini's uses of the above names and pseudonyms.
3 John Zuccarini and Country Walk are names used in the judgment in the case at hand;
4 importantly, the service address listed for Zuccarini in the Judgment is 957 Bristol Pike
5 Suite D-6, Andalusia, PA 19020, which is also the address Zuccarini uses for many of
6 his pseudonyms.  Cupcake Party and CupcakeParty are pseudonyms of Zuccarini that
7 are reflected in, among other places, the prior public WHOIS domain ownership entries
8 for the domain names cupcakeparty.com and quotes.com, which also contain
9 Zuccarini's Andalusia, Pennsylvania postal address.
10   Cupcake-Party is a pseudonym of Zuccarini reflected, among other places, in a
11 judgment against Zuccarini (See Req. Jud. Not., Exh. C, caption in Stipulated Order of
12 Domain Name Transfer and Permanent Injunction, *Nintendo of America v. Zuccarini,*
13 2:00-cv-01118-RSL), and in a prior WHOIS domain ownership entry for wrestleing.com.
14   Cupcake-Parties, Cupcake Shows and Cupcake City are pseudonyms of
15 Zuccarini reflected, among other places, in a judgment against Zuccarini (See Req. Jud.
16 Not., Exh. C, caption in *Nintendo of America v. Zuccarini,* 2:00-cv-01118-RSL).
17   The Cupcake Patrol is a pseudonym of Zuccarini reflected, among other places,
18 in the current WHOIS entry of the domain name whatsyourface.com.
19   Cupcake Patrol is a pseudonym of Zuccarini reflected, among other places, in a
20 judgment against Zuccarini (See Req. Jud. Not., Exh. D, printout of parties from Pacer
21 system, and docket notes regarding judgment in Document 14, in *Electronics Boutique*
22 *v. Zuccarini,* 92:00-cv-04055-BMS).
23   Party Night, Inc. and Peter Carrington are pseudonyms of Zuccarini reflected,
24 among other places, in a judgment against Zuccarini (See Req. Jud. Not., Exh. E,
25 Certification of Judgment for Registration in Another District, and Order on Motion to
26 Modify, in *Dell Computer Corporation v. John Zuccarini, dba Party Night, Inc.*, SD Ohio,
27 2:03-cv-00203-JLG-MRA).
28

AFFIDAVIT OF IDENTITY AND
[PROPOSED] ORDER

JZ Design is a pseudonym of Zuccarini reflected, among other places, in the 2004 WHOIS entry of the domain name cupcakeparty.com, which uses Zuccarini's full name and his Andalusia, Pennsylvania postal address.

Cupcake Confidential is a pseudonym of Zuccarini reflected, among other places, in the historical WHOIS entry of the domain name freepeoplesearch.com, which uses Zuccarini's Andalusia, Pennsylvania postal address.

All of the factual statements in this affidavit have been previously provided to the Court in the Declaration of Karl S. Kronenberger in Support of First Amended *Ex Parte* Application for Turnover Order Under FRCP 69(a) and Cal. Civ. Proc. Code §699.040(a), filed on or about February 20, 2007, with supporting documentation attached. This identity affidavit does not contain any information in addition to such declaration of Karl S. Kronenberger filed on Febuary 20, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 5, 2007.

_____/s/_____
Karl S. Kronenberger

## [PROPOSED] ORDER

Pursuant to California Code of Civil Procedure §680.135, **IT IS SO ORDERED** that the term judgment debtor include the names in Paragraph 2 above, and may be added to the Writ of Execution of Judgment.

Date:_____

_____
DISTRICT COURT JUDGE