IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT, INC., | No. C 06-Misc-80356 SI |
| Plaintiff, | **ORDER DENYING ADDITION OF NAMES TO WRIT OF EXECUTION, WITHOUT PREJUDICE** |
| v. | |
| JOHN ZUCCARINI, et al., | |
| Defendants. / | |
| DS HOLDINGS, LLC | |
| Assignee | |
| v. | |
| JOHN ZUCCARINI, et al., | |
| Defendants. / | |

Assignee DS Holdings, LLC ("DS Holdings") moves to submit an affidavit of identity to add names to the Writ of Execution of Judgment issued on December 19, 2006 against judgment debtor John Zuccarini ("Zuccarini"). As set forth below, the Court DENIES addition of the names at this time.

**BACKGROUND**

On December 14, 2000, the District Court for the Central District of California entered a judgment for Office Depot as judgment creditor, against Zuccarini individually and d.b.a. "Country Walk," in the amount of $100,000 with an additional $5,600 due in attorney's fees. Office Depot subsequently assigned the right to receive all payments, including interest, to DS Holdings. On

December 19, 2006, this Court issued a Writ of Execution of Judgment, pursuant to California Code of Civil Procedure section 699.510, for the recovery of Zuccarini's outstanding debt. On February 20, 2007, this Court issued an order requiring the production and preservation of documents relating to Zuccarini's substantial domain name portfolio.[1]

The instant affidavit of identity requests that the Court add pseudonyms used by Zuccarini to the Writ of Execution of Judgment. DS Holdings alleges that Zuccarini used these additional names to administer domain name holdings that are subject to attachment.

## LEGAL STANDARD

Under California Code of Civil Procedure section 699.510(c)(1), "*[p]rior to* the clerk of the court issuing a writ of execution containing any additional name or names by which the judgment debtor is known that are not listed on the judgment, the court shall approve the affidavit of identity." Cal. Civ. Proc. Code § 699.510(c)(1) (emphasis added); *see also* 6 WITKIN, CALIFORNIA PROCEDURE § 101(4) (4th ed. 1997) ("[t]he court must approve the affidavit of identity *before* the clerk issues a writ of execution containing an additional name or names not listed on the judgment by which the judgment debtor is known.") (emphasis added).

## DISCUSSION

The Court finds that the affidavit of identity submitted by DS Holdings states sufficient facts on which the judgment creditor has identified additional names of the judgment debtor, in accordance with Cal. Civ. Proc. Code § 699.510(c)(1). However, DS Holdings submitted its affidavit of identity nearly 80 days after this Court issued the Writ of Execution of Judgment against Zuccarini. As discussed, the California Code of Civil Procedure precludes DS Holdings from retroactively adding names to the writ via an affidavit of identity. *See* Cal. Civ. Proc. Code § 699.510(c)(1). DS Holdings cites no authority

---

[1] According to DS Holdings, Zuccarini's domain name portfolio contains approximately 6,000 domain names. DS Holdings further contends that under California law, domain names are considered personal property. DS Holdings ultimately seeks the turnover of Zuccarini's domain name holdings so that they can be sold at public auction to pay his judgment debt. *See* February 20, 2007 Memorandum.

2

providing otherwise.

DS Holdings may submit another affidavit of identity to add names to an additional writ under either of two circumstances: 1) if the original writ fails to satisfy the judgment against Zuccarini after 180 days from the writ's issuance, or 2) if the original writ is returned. *See* Cal. Civ. Proc. Code § 699.510(a) ("[w]rits may be issued successively until the money judgment is satisfied, except that a new writ may not be issued for a county until the expiration of 180 days after the issuance of a prior writ for that county unless a prior writ is first returned.")

## CONCLUSION

For the foregoing reasons and for good cause shown, the Court hereby DENIES DS Holdings's request to add names to the previously issued Writ of Execution of Judgment.

**IT IS SO ORDERED.**

Dated: March 15, 2007

SUSAN ILLSTON
United States District Judge