1  **KRONENBERGER BURGOYNE, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Henry M. Burgoyne III (Bar No. 203748)
   Jeffrey M. Rosenfeld (Bar No. 222187)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile:  (415) 955-1158
5  hank@kronenbergerlaw.com

6  Attorneys for Assignee DS HOLDINGS, LLC

7

8

9  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12

13 **OFFICE DEPOT, INC.,** a Delaware corporation,

14          Plaintiff,

15     vs.

16 **JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,
17

18          Defendants.

19
   **DS HOLDINGS, LLC,** a Colorado limited liability company,
20

21          Assignee,

22     vs.

23 **JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,
24

25          Defendants.

Case No. C-06-80356-Misc.

**NOTICE OF APPLICATION AND APPLICATION FOR APPOINTMENT OF RECEIVER**

DATE:   July 27, 2007
TIME:   9:00 a.m.
PLACE:  Courtroom 10, 19th Floor
The Honorable Susan Illston

26

27

28

Case No. C-06-80356-Misc.       1       APPLICATION FOR APPOINTMENT OF RECEIVER

Judgment assignee DS Holdings, LLC ("DS Holdings"), by and through its attorney of record Kronenberger Burgoyne, LLP, hereby makes this application (the "Application") for the appointment of a receiver to enforce DS Holdings' judgment against judgment-debtor, John Zuccarini ("Zuccarini").  This Application is sought in connection with DS Holdings' efforts to collect a money judgment (the "Judgment") entered six years ago in the United States District Court for the Central District of California.  DS Holdings has already obtained a Certification of Judgment reflecting the Judgment and a Writ of Execution.

DS Holdings applies for the appointment of a receiver pursuant to Federal Rule of Civil Procedure 69(a), California Code of Civil Procedure Section 708.620, and the inherent power of the Court, and is supported by this Application, DS Holdings' Memorandum of Points and Authorities in Support of Application for Appointment of Receiver, and the Declaration of Karl Kronenberger in Support of the Application.

DS Holdings requests that the Court appoint Michael W. Blacksburg as the receiver of Zuccarini's property, namely Zuccarini's Internet domain names, for sale by public auction under the direction of the U.S. Marshal.  Mr. Blacksburg is not a party, nor an attorney of a party, nor a person interested in the above-captioned action, nor related to any judge of the Court by consanguinity or affinity within the third degree.

Considering the interests of the judgment creditor and the judgment debtor and the property at issue, the appointment of a receiver is a reasonable method to obtain the fair and orderly satisfaction of the judgment.  A need for the appointment of a receiver exists in this case because the subject property—namely, domain name registrations—is intangible in nature and difficult to transfer absent specific instructions outlining the transfer procedures.

//

//

//

//

1 | DATED: June 25, 2007.  KRONENBERGER BURGOYNE, LLP

By: *Karl S. Kronenberger* (signature)

Karl S. Kronenberger

Attorneys for Assignee, DS HOLDINGS, LLC

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

Case No. C-06-80356-Misc.   3   **APPLICATION FOR APPOINTMENT OF RECEIVER**