**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Ste. 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Assignee DS HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OFFICE DEPOT, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C-06-80356-Misc.<br><br>**DECLARATION OF MICHAEL W. BLACKSBURG** |
| **DS HOLDINGS, LLC,** a Colorado limited liability company,<br><br>Assignee,<br><br>vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>Defendants. | |

I, Michael W. Blacksburg declare as follows:

1. I am an attorney admitted to practice in the State of California and the United

Case No. C-06-80356-Misc.   1   DECLARATION OF MICHAEL W. BLACKSBURG

States District Court for the Northern District of California. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. I am familiar with the California statutory law governing the appointment and duties of a receiver, including a post-judgment receiver, as set forth in California Code of Civil Procedure Sections 564-570 and 708.610-708.630.

3. I am not a party in the above-captioned matter, or any attorney to a paty, or a person interested in the above-captioned matter, or related to any judge of the Court by consanguinity or affinity within the third degree.

4. If appointed, I will perform the duties of the receiver faithfully and in accordance with the law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 20 2007.

Michael W. Blacksburg

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

Case No. C-06-80356-Misc.    2    DECLARATION OF MICHAEL W. BLACKSBURG