**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT, INC., | No. C 06-80356 SI |
| Plaintiff, | **ORDER GRANTING RECEIVER'S REQUEST TO LIFT PRESERVATION ORDER** |
| v. | |
| JOHN ZUCCARINI, et al., | |
| Defendants. / | |
| DS HOLDINGS, LLC, | |
| Assignee, | |
| v. | |
| JOHN ZUCCARINI, et al., | |
| Defendants. / | |

1. WHEREAS on December 14, 2000, the District Court for the Central District of California entered a judgment against John Zuccarini ("Zuccarini") in the amount of $100,000 with an additional $5,600 in attorneys' fees ("Judgment").

2. WHEREAS on December 18, 2006, DS Holdings, LLC ("DS Holdings") registered the Judgment with this Court and filed a Writ of Execution relating to the Judgment, reflecting an amount, inclusive of the judgment sum and allowable fees, costs and interest, of $169,153.59.

3. WHEREAS on February 20, 2007, the Honorable Susan Illston issued an order requiring the preservation of documents relating to Zuccarini's domain name portfolio as listed in Exhibit N to the Declaration of Karl S. Kronenberger in Support of DS Holdings' Motion for Appointment of Receiver

("Domain Names"), which caused third party domain name registrars to lock Zuccarini's Domain Names, preventing Zuccarini from transferring the Domain Names or altering the WHOIS information for them (the "Preservation Order")

4. Whereas a list of the Domain Names was attached to DS Holdings' Application for Appointment of Receiver as Exhibit N.

5. WHEREAS on September 10, 2007, this Court ordered that Michael W. Blacksburg be appointed as a post-judgment receiver for the above-captioned matter to aid in the turnover of Zuccarini Domain Names for the purpose of auctioning such Domain Names to satisfy the Judgment in accordance with the Writ of Execution.

6. WHEREAS DS Holdings has consented to the below-proposed instructions, but Zuccarini has not consented to the below-proposed instructions.

Based on the foregoing, so that Blacksburg may fulfill his duties as a post-judgment receiver, the Court orders as follows:

1. In order to transfer control of the Domain Names from Zuccarini to the post-judgment receiver, the Preservation Order is hereby lifted for the sole purpose of transferring control of the Domain Names to Michael W. Blacksburg, as the post-judgment receiver for this matter.

2. Blacksburg shall take reasonable steps to transfer control of the Domain Names to himself, as the post-judgment receiver for this matter.

3. The third party domain name registrars shall transfer control of the Zuccarini domain names to Blacksburg, as the post-judgment receiver. In the event that Zuccarini's assistance is required to transfer the domain names to the receiver, the Court will at that time order Zuccarini to transfer control of the domain names to Blacksburg.

**IT IS SO ORDERED.**

Dated: November 14, 2007

SUSAN ILLSTON
United States District Judge