UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
DEC 21 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OFFICE DEPOT, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOHN ZUCCARINI, d.b.a. Country Walk, <br><br> Defendant - Appellant, <br><br> DS HOLDINGS, L.L.C., <br><br> Receiver - Appellee. | No. 07-16788 <br><br> D.C. No. CV-06-80356-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: REINHARDT and W. FLETCHER, Circuit Judges.

Appellant's motion for appointment of counsel is denied because this appeal does not present "exceptional circumstances" warranting the appointment of counsel. *See* 28 U.S.C. § 1915(e)(1); *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986). No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

If appellant has not already done so, appellant shall order the transcript by January 4, 2008. The court reporter shall file the transcript in district court by

07-16788

February 4, 2008. The certificate of record shall be filed by February 11, 2008. The opening brief is due March 24, 2008; the answering brief is due April 23, 2008; and the optional reply brief is due within 14 days after service of the answering brief.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellees' briefs. *See* 9th Cir. R. 30-1.7.

Appellees are reminded of the court's preference for joint briefing. *See* 9th Cir. R. 28-4.