**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT, INC., | No. C 06-80356 SI |
|     Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
|   v. | |
| JOHN ZUCCARINI, et al., | |
|     Defendants. / | |
| DS HOLDINGS, LLC, | |
|     Assignee, | |
|   v. | |
| JOHN ZUCCARINI, et al., | |
|     Defendants. / | |

Defendant John Zuccarini's motion for leave to file a motion for reconsideration is DENIED [Docket No. 68].

**IT IS SO ORDERED.**

Dated: May 22, 2008

                                                           SUSAN ILLSTON
                                                           United States District Judge