John Zuccarini
190 SW Kanner Highway
Stuart, Florida 34997
(772) 631-3887

Pro Se Defendant

FILED
10 APR 20 A 11: 41

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OFFICE DEPOT INC., a Delaware Corporation )<br>                              Plaintiff, )<br> )<br>vs. )<br> )<br>JOHN ZUCCARINI, individually and )<br>d.b.a. COUNTRY WALK; and DOES 1 )<br>through 10, inclusive, )<br> )<br>                              Defendants. )<br>_____ )<br> )<br>DS HOLDINGS, LLC a Colorado limited )<br>liability company, )<br> )<br>                              Assignee, )<br> )<br>vs. )<br> )<br>JOHN ZUCCARINI, individually and )<br>d.b.a. COUNTRY WALK; and DOES 1 )<br>through 10, inclusive, )<br> )<br>                              Defendants. )<br>_____ ) | Case No. C-06-80356-SI<br><br>MOTION TO:<br>1. STAY AUCTION OF DOMAIN NAMES TO ALLOW FILING OF WRIT OF CERTIORARI IN THE SUPREME COURT.<br>2. ORDER RECEIVER TO PROVIDE MONTHLY REVENUE REPORTS TO DEFENDANT AS REQUIRED BY CALIFORNIA RULE 3.1182.<br><br>DATE:    May 14, 2010<br>TIME:    9:00 A.M<br>PLACE:  Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

1

**A. Motion to Stay Auction of Domain Names to Allow Filing of Writ of Certiorari in the Supreme Court.**

  1. On April 7, 2010 my Motion for Rehearing En Banc in the Ninth Circuit Court of Appeals was denied. On April 15, 2010 the Appeals Court issued a Mandate for this case.

  2. As jurisdiction for the case now reverts to the District Court, I ask the Court to stay the auction of the subject domain names as I intend to file a Writ of Certiorari in the Supreme Court in the time allowable under the rules of the Supreme Court.

**B. Motion to Order Receiver to Supply Monthly Revenue Reports to Defendant.**

  1. For reasons of legal and financial responsibility, the defendant, John Zuccarini has a need for a complete and accurate accounting of all the revenues received and distributed by the receiver from the use of the domain names while in the receiver's possession.

  2. California State Rule 3.1182 requires Receiver's appointed by the Court to supply parties of a receivership monthly revenue reports. I ask the Court to order the receiver Michael Blacksburg to comply with Rule 3.1182 from this time forward and to supply the defendant with a report for all revenues received and distributed before the order of the court.

  3. On Friday, March 5, 2010 I sent an email to the receiver Michael Blacksburg asking him in consideration of Rule 3.1182 to begin to supply me with monthly revenue reports. Blacksburg responded that he would review Rule 3.1182 and notify me the following Monday March 8, 2010, as to his view of his responsibilities as related to Rule 3.1182. As of the date of this motion I have not received any further response from Blacksburg.

  4. The text of the Rule 3.1182:

*2010 California Rules of Court*

*Rule 3.1182. Monthly reports*

*(a) Content of reports*

*The receiver must provide monthly reports to the parties and, if requested, to nonparty client lien holders. These reports must include:*

*(1) A narrative report of events;*

*(2) A financial report; and*

*(3) A statement of all fees paid to the receiver, employees, and professionals showing:*

*(A) Itemized services;*

*(B) A breakdown of the services by 1/10 hour increments;*

*(C) If the fees are hourly, the hourly fees; and*

*(D) If the fees are on another basis, that basis.*

*(Subd (a) amended effective January 1, 2007.)*

*(b) Reports not to be filed*

*The monthly reports are not to be filed with the court unless the court so orders.*


DATED: April 19, 2010

By: _____
John Zuccarini

Pro Se Defendant