United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT, INC., | No. C 06-80356 SI |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION** |
| v. | |
| JOHN ZUCCARINI, | |
| Defendant. / | |
| DS HOLDINGS, LLC, | |
| Plaintiff, | |
| v. | |
| JOHN ZUCCARINI, | |
| Defendant. / | |

    Judgment debtor John Zuccarini has filed a motion to stay auction of the domain names pending his petition for writ of certiorari to the Supreme Court and for an order requiring the receiver to provide him with monthly revenue statements. Plaintiff-assignee DS Holdings, LLC is hereby ordered to file a response to defendant's motion by **Friday, May 7, 2010.** Upon receipt of plaintiff's response, the Court will take this matter under submission without oral argument.

    **IT IS SO ORDERED.**

Dated: April 27, 2010

SUSAN ILLSTON
United States District Judge