```
 1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3   10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
 4  San Francisco, California 94102
    Telephone: (415) 436-7017
 5  Fax:       (415) 436-6748

 6  Attorneys for United States of America

 7              IN THE UNITED STATES DISTRICT COURT FOR THE

 8                   NORTHERN DISTRICT OF CALIFORNIA

 9                        SAN FRANCISCO DIVISION

10  DS HOLDINGS, LLC,              )
                                   )   No. C-06-80356-SI
11              Plaintiff,         )
                                   )
12       v.                        )
                                   )
13  JOHN ZUCCARINI, ET. AL.,       )
                                   )
14              Defendants.        )   STIPULATION TO ADD PARTY AND
                                   )   (PROPOSED) ORDER THEREON
15  _____    )

16       It is hereby stipulated by and between plaintiff DS Holdings, LLC, through their respective

17  counsel and pro se defendant John Zuccarini, that the United States of America be named as an

18  additional defendant in that it may claim an interest in or liens against the subject intangible properties.

19  The United States of America stipulates to the in personam jurisdiction of this court.

20
                                                              [signature]
21  _____                       _____
    HENRY M. BURGOYNE, III                            JOHN ZUCCARINI
22  Attorney for DS HOLDINGS, LLC                     Pro Se Defendant

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO  (CSBN 44332) |
|   | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) |
|   | Assistant United States Attorney |
| 3 | 10th Floor Federal Building |
|   | 450 Golden Gate Avenue, Box 36055 |
| 4 | San Francisco, California 94102 |
|   | Telephone: (415) 436-7017 |
| 5 | Fax:        (415) 436-6748 |

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DS HOLDINGS, LLC,

    Plaintiff,

    v.

JOHN ZUCCARINI, ET. AL.,

    Defendants.

No. C-06-80356-SI

STIPULATION TO ADD PARTY AND (PROPOSED) ORDER THEREON

    It is hereby stipulated by and between plaintiff DS Holdings, LLC, through their respective counsel and pro se defendant John Zuccarini, that the United States of America be named as an additional defendant in that it may claim an interest in or liens against the subject intangible properties. The United States of America stipulates to the *in personam* jurisdiction of this court.

HENRY M. BURGOYNE, III
Attorney for DS HOLDINGS, LLC

JOHN ZUCCARINI
Pro Se Defendant

///
///
///
///
///
///

```
 1                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
 2
 3                                      /s/ T. Moore
                                        THOMAS MOORE
 4                                      Assistant United States Attorney
                                        Tax Division
 5                                      Attorneys for United States
 6
 7          PURSUANT TO STIPULATION, IT IS SO ORDERED.
 8
 9
10   Dated:_____
11                                      _____
                                        SUSAN ILLSTON
12                                      UNITED STATES DISTRICT JUDGE
```

STIPULATION TO ADD PARTY AND PROPOSED ORDER
(No-.06-80356-SI)                                         2