```
 1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3   10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
 4   San Francisco, California 94102
     Telephone: (415) 436-7017
 5   Fax:       (415) 436-6748

 6  Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DS HOLDINGS, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C-06-80356-SI |
| v. | ) | |
| JOHN ZUCCARINI, ET. AL., | ) | |
| Defendants. | ) | STIPULATION TO ADD PARTY AND (PROPOSED) ORDER THEREON |

It is hereby stipulated by and between plaintiff DS Holdings, LLC, through their respective counsel and pro se defendant John Zuccarini, that the United States of America be named as an additional defendant in that it may claim an interest in or liens against the subject intangible properties. The United States of America stipulates to the *in personam* jurisdiction of this court.

_____           _____
HENRY M. BURGOYNE, III                JOHN ZUCCARINI
Attorney for DS HOLDINGS, LLC         Pro Se Defendant

///
///
///
///
///
///

```
1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3    10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4  San Francisco, California 94102
   Telephone: (415) 436-7017
5  Fax:       (415) 436-6748

6  Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DS HOLDINGS, LLC, | ) |
| Plaintiff, | ) No. C-06-80356-SI |
| v. | ) |
| JOHN ZUCCARINI, ET. AL., | ) |
| Defendants. | ) STIPULATION TO ADD PARTY AND (PROPOSED) ORDER THEREON |

It is hereby stipulated by and between plaintiff DS Holdings, LLC, through their respective counsel and pro se defendant John Zuccarini, that the United States of America be named as an additional defendant in that it may claim an interest in or liens against the subject intangible properties. The United States of America stipulates to the *in personam* jurisdiction of this court.

HENRY M. BURGOYNE, III  
Attorney for DS HOLDINGS, LLC

JOHN ZUCCARINI  
Pro Se Defendant

///
///
///
///
///
///

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas Moore

THOMAS MOORE
Assistant United States Attorney
Tax Division
Attorneys for United States

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

/s/ Susan Illston

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION TO ADD PARTY AND PROPOSED ORDER
(No-.06-80356-SI)                               2