John Zuccarini
190 SW Kanner Highway
Stuart, Florida 34997
(772) 631-3887

Pro Se Defendant



FILED
2010 JUN -2 P 12: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OFFICE DEPOT INC., a Delaware Corporation,<br><br>                  Plaintiff,<br><br>vs.<br><br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | Case No. C-06-80356-SI<br><br>RULE 60 (b)<br>MOTION FOR RELIEF<br>FROM JUDGMENT |
| DS HOLDINGS, LLC a Colorado limited liability company,<br><br>                  Assignee,<br><br>vs.<br><br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | DATE:    July 16, 2010<br>TIME:    9:00 A.M<br>PLACE:  Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

## DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT

COMES NOW, Defendant John Zuccarini who files ***Defendant's Motion for Relief From Judgment*** pursuant to Federal Rules of Civil Procedure, Rule 60(b) (3),(4) and (6).

Defendant's Brief is filed contemporaneously herewith.

Respectfully submitted this 1st day of June, 2010

By: _____
John Zuccarini

Pro Se Defendant