IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT, | No. C 06-80356SI |
|     Plaintiff, | **NOTICE** |
| v. | |
| ZUCCARINI, | |
|     Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion for TRO has been scheduled for argument on Tuesday, June 15, 2010, at 2:00 p.m.

Dated: June 7, 2010                                                       RICHARD W. WIEKING, Clerk

                                                                                    Tracy Forakis
                                                                                    Deputy Clerk