**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Judgment Creditor DS HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OFFICE DEPOT, INC.,** a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C-06-80356-SI<br><br>**DS HOLDINGS, LLC'S NOTICE OF HEARING OF EX PARTE APPLICATION FOR EMERGENCY TEMPORARY INJUNCTION FREEZING DOMAIN NAMES AND REQUEST FOR COMPLETE ACCOUNTING OF RECEIVER'S ACTIONS** |
| **DS HOLDINGS, LLC,** a Colorado limited liability company,<br><br>Judgment Creditor,<br><br>vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>Judgment Debtor. | Date:   June 15, 2010<br>Time:   2:00 p.m.<br>Ctrm:   10, 19th Floor<br>Judge:  The Hon. Susan Illston |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 15, 2010, at 2:00 p.m. in the above-titled Court, in Courtroom 10, 19th Floor of the United States District Court, Northern District of California, located at 450 Golden Gate Ave., San Francisco, California 94102, Judgment Creditor DS Holdings, LLC, will move, and does respectfully request that the Court issue an emergency order preventing any additional transfer or sale of the fourteen domain names identified in this motion until an appropriate procedure can be fashioned to recover the domain names.

Additionally, DS Holdings, LLC requests that the Court amend its Order Denying Defendant's Motion to Stay Auction of Domain Names and Granting Defendant's Motion to Order Receiver to Provide Monthly Revenue Reports to require the receiver to provide a detailed accounting of his activities related to this action, including: a) an accounting of the time spent on this action; b) an accounting of the receiver's income and expenses; and c) an accounting of the status of the domain names, including the registrant, contact information, registrar, expiration date, and sold date as are applicable.

The Court should grant the ex parte application because the transfer of the fourteen domain names was improper and the domain names are potentially worth in excess of $65,000, and this value should be applied to Defendant Zuccarini's obligations, including to DS Holding, LLC's judgment, with any excess to be returned to Zuccarini.

This motion is based upon this Notice, the Ex Parte Application for Emergency Temporary Injunction Freezing Domain Names and Request for Complete Accounting of Receiver's Actions, the declaration of Henry M. Burgoyne, III (and exhibits thereto), and any other evidence that may be adduced at hearing.

//
//
//

Case No. C-06-80356-SI 1 **DS HOLDINGS' NOTICE OF EX PARTE APPLICATION FOR EMERGENCY INJ.**

1 | Respectfully submitted,

2 | DATED: June 9, 2010        KRONENBERGER BURGOYNE, LLP

4 |        By:    s/ Henry M. Burgoyne, III
5 |               Henry M. Burgoyne, III

6 | Attorney for Judgment Creditor, DS HOLDINGS LLC

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. C-06-80356-SI     2     **DS HOLDINGS' NOTICE OF EX PARTE APPLICATION FOR EMERGENCY INJ.**