John Zuccarini
190 SW Kanner Highway
Stuart, Florida 34997
(772) 631-3887

Pro Se Defendant

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OFFICE DEPOT INC., a Delaware Corporation,<br>　　　　　　　　　　Plaintiff,<br>vs.<br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br>　　　　　　　　　　Defendants. | Case No. C-06-80356-SI<br><br>LETTER FROM NETWORK SOLUTIONS INC., RELEVANT TO TRO HEARING OF JUNE 15, 2010 |
| DS HOLDINGS, LLC a Colorado limited liability company,<br>　　　　　　　　　　Assignee,<br>vs.<br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br>　　　　　　　　　　Defendants. | DATE:　June 15, 2010<br>TIME:　2:00 P.M<br>PLACE:　Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

**LETTER FROM NETWORK SOLUTIONS INC. TO PARTIES OF CASE**

On June 4, 2010 Network Solutions Inc., (NSI) sent to the parties of the case, and certain persons who are the new registered owners of the auctioned fourteen (14) domain names a letter that may be relevant to the TRO hearing of June 15, 2010. Within the letter NSI explains their position on matters related to the auctioning of the domain names and their responsibilities, in addition to those of the receiver, Michael Blacksburg.

The attached letter from NSI lists thirteen (13) domain names formerly in the possession of the receiver that were auctioned without the receiver's knowledge or consent. It mistakenly though omits one of the auctioned domain names, wresteling.com. The entire list of fourteen (14) domain names is as follows:

1. governmentgrants.com [Exp. Date: April 15, 2010]
2. usgoverment.com [Exp. Date: April 15, 2010]
3. govermentgrant.com [Exp. Date: April 15, 2010]
4. govermentauction.com [Exp. Date: April 15, 2010]
5. govermentauctions.com [Exp. Date: April 15, 2010]
6. floridagovernment.com [Exp. Date: April 15, 2010]
7. californiagovernment.com [Exp. Date: April 15, 2010]
8. britian.com [Exp. Date: April 14, 2010]
9. greatbritian.com [Exp. Date: April 14, 2010]
10. dictionarys.com [Exp. Date: April 16, 2010]
11. perscriptiondrugs.com [Exp. Date: April 14, 2010]
12. wrestleing.com [Exp. Date: April 13, 2010]
13. wresteling.com [Exp. Date: April 13, 2010]
14. emailadresses.com [Exp. Date: April 15, 2010]

Respectfully submitted this 8th day of June, 2010

By: _____
John Zuccarini

Pro Se Defendant