IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OFFICE DEPOT, INC.,

    Plaintiff,

v.

JOHN ZUCCARINI,

    Defendant.

DS HOLDINGS, LLC,

    Judgment Creditor,

v.

JOHN ZUCCARINI,

    Judgment Debtor.

No. C 06-80356 SI

**ORDER DENYING EMERGENCY RELIEF AND DENYING WITHOUT PREJUDICE NETWORK SOLUTIONS, LLC'S MOTION TO INTERVENE**

**(Docket No. 97, 105)**

    Defendant John Zuccarini's and judgment creditor DS Holdings, LLC's emergency applications for temporary injunctive relief came on for hearing on June 15, 2010. Both emergency applications are DENIED at this time. The receiver and the parties are free to agree on a procedure for auction of the approximately 116 domain names that remain in the receiver's control, subject to the Court's approval.

    Additionally, Network Solutions, LLC's motion to intervene as a plaintiff in this action is hereby DENIED without prejudice to renewal at a later date.

    **IT IS SO ORDERED.**

Dated: June 15, 2010

SUSAN ILLSTON
United States District Judge