IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT INC., | CASE NO. C 06-80356 SI |
| Plaintiff, | (Proposed)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |
| v. | |
| JOHN ZUCCARINI | |
| Defendant. | |

Timothy B. Hyland, whose business address and telephone number is Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., 25 West Middle Lane, Rockville, Maryland 20850, Tel. (301) 838-3314, Fax (301) 354-8314

and who is an active member in good standing of the bar of the Supreme Court of Virginia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Network Solutions, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
SUSAN ILLSTON
United States District Judge