**1 hour/2 minutes**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/15/10

Case No.   C-06-80356 SI          Judge:   SUSAN ILLSTON

Title: OFFICE DEPOT -v- ZUCCARINI

Attorneys: Burgoyne, Moore, Kronenberger, Cutbirth, Hyland, Blacksburg, Zuccarini (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: Yeomans

**PROCEEDINGS**

1)   Motions - HELD

2)   

3)   

Order to be prepared by:  ( )Pltf   ( )Deft   (X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to    @ **3:00 p.m..** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: