John Zuccarini
190 SW Kanner Highway
Stuart, Florida 34997
(772) 631-3887

Pro Se Defendant

FILED
2010 JUN 22 P 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| OFFICE DEPOT INC., a Delaware Corporation, <br><br>　　　　　　　　　Plaintiff, <br><br>vs. <br><br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive, <br><br>　　　　　　　　　Defendants. <br><br>DS HOLDINGS, LLC a Colorado limited liability company, <br><br>　　　　　　　　　Assignee, <br><br>vs. <br><br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive, <br><br>　　　　　　　　　Defendants. | Case No. C-06-80356-SI <br><br> NOTICE OF APPEAL |

Notice is hereby given that the Defendant, John Zuccarini in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order entered in these actions on the 15th day of June, 2010, denying Defendant John Zuccarini's emergency motion for temporary injunctive relief, specifically the courts denial to order a stop to any further auctioning of the remaining 116 domain names.

Respectfully submitted this 18th day of June, 2010

By: _____
      John Zuccarini

Pro Se Defendant