John Zuccarini
190 SW Kanner Highway
Stuart, Florida 34997
(772) 631-3887

Pro Se Defendant

FILED
2010 JUN 22 P 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣CALIFORNIA

# UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OFFICE DEPOT INC., a Delaware Corporation ) ) Plaintiff, ) ) vs. ) ) JOHN ZUCCARINI, individually and ) d.b.a. COUNTRY WALK; and DOES 1 ) through 10, inclusive, ) ) Defendants. ) | Case No. C-06-80356-SI MOTION TO STAY JUNE 15TH RULING PENDING APPEAL |
| DS HOLDINGS, LLC a Colorado limited liability company, ) ) ) Assignee, ) ) vs. ) ) JOHN ZUCCARINI, individually and ) d.b.a. COUNTRY WALK; and DOES 1 ) through 10, inclusive, ) ) Defendants. ) | DATE: July 30, 2010 TIME: 9:00 A.M PLACE: Courtroom 10, 19th Floor The Honorable Susan Illston |

## MOTION TO STAY JUNE 15TH RULING PENDING APPEAL

COMES NOW, Defendant John Zuccarini who files *Motion to Stay June 15th Ruling Pending Appeal*.

Defendant's Brief in Support of this Motion is filed contemporaneously herewith.

Respectfully submitted, this 18th day of June, 2010.

By: _____
John Zuccarini
Pro Se Defendant