IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN ZUCCARINI, <br><br> Defendant. <br> _____ / <br> DS HOLDINGS, LLC, <br><br> Judgment Creditor, <br><br> v. <br><br> JOHN ZUCCARINI, <br><br> Judgment Debtor. <br> _____ / | No. C 06-80356 SI <br><br> **ORDER DENYING DEFENDANT'S MOTION TO STAY THE COURT'S JUNE 15, 2010 RULING** <br><br> **(Docket No. 124)** |

Defendant John Zuccarini has filed a motion to stay the Court's June 15, 2010 order denying both parties' applications for temporary injunctive relief barring the sale or transfer of certain domain names held by the receiver. Defendant has appealed the Court's ruling and seeks a stay pending his appeal.

Defendant's motion is DENIED, as granting a stay would have no practical effect. The June 15 ruling left the parties in the same position they were in previously, with no injunctive relief in place to prevent an auction of the domain names.

**IT IS SO ORDERED.**

Dated: June 25, 2010

SUSAN ILLSTON

United States District Judge