**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Judgment Creditor DS HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OFFICE DEPOT, INC.,** a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. C-06-80356-SI<br><br>**DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF MOTION TO AUTHORIZE SALE OF DOMAIN NAMES AND DISTRIBUTION OF PROCEEDS**<br><br>DATE:   August 13, 2010<br>TIME:   9:00 AM<br>CTRM:  10, 19th Floor<br><br>The Honorable Susan Illston |
| **DS HOLDINGS, LLC,** a Colorado limited liability company,<br><br>    Judgment Creditor,<br><br>    vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>    Judgment Debtor. | |

Case No. C-06-80356-SI

**KRONENBERGER DECL. ISO MOTION TO AUTHORIZE SALE OF DOMAINS**

I, Karl S. Kronenberger, declare as follows:

1. I am admitted in the State of California and before this Court and am counsel of record for Judgment Creditor DS Holdings, LLC. Unless otherwise stated I have personal knowledge of the facts set forth in this declaration.

2. Following the entry of the Court's June 15, 2010 Order, my colleague Hank Burgoyne and I met-and-conferred with the United State Attorney about the disposition of the domain names in the possession of the post-judgment receiver (the "Domain Holdings") and the distribution of the proceeds from the Domain Holdings.

3. Additionally, my colleague Hank Burgoyne and I met-and-conferred with the Receiver about the auctioning of the Domain Holdings and the distribution of the proceeds from the Domain Holdings.

4. While my colleague Hank Burgoyne and I attempted to meet-and-confer with Judgment Debtor John Zuccarini about the sale of the Domain Holdings and the distribution of the proceeds, Zuccarini was non-responsive.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 30, 2010, in San Francisco, California.

                                                            s/ Karl S. Kronenberger
                                                            Karl S. Kronenberger