**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Judgment Creditor DS HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OFFICE DEPOT, INC.,** a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>**DS HOLDINGS, LLC,** a Colorado limited liability company,<br><br>Judgment Creditor,<br><br>vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>Judgment Debtor. | Case No. C-06-80356-SI<br><br>**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF MOTION TO SHORTEN TIME**<br><br>DATE: In Chambers<br>TIME: In Chambers<br>LOCATION: Courtroom 10, 19th Floor<br><br>The Honorable Susan Illston |

Case No. C-06-80356-SI        **ROSENFELD DECL. ISO MOTION TO SHORTEN TIME**

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am an associate at the law firm of Kronenberger Burgoyne, LLP. I am admitted in the State of California and before this Court and am counsel of record for Judgment Creditor DS Holdings, LLC ("DS Holdings"). Unless otherwise stated I have personal knowledge of the facts set forth in this declaration.

2. Throughout the litigation of this matter, email has been the primary method of communication between DS Holdings and Judgment Debtor John Zuccarini.

3. On July 29, 2010 I emailed John Zuccarini and inquired whether he would stipulate to a shortened hearing schedule on DS Holdings's anticipated motion to authorize the sale of the domain names and the distribution of the proceeds (the "Auction Motion"). A true and correct copy of this email is attached hereto as Exhibit A.

4. On July 30, 2010 I again emailed Zuccarini and inquired whether he would stipulate to a shortened hearing schedule for the Auction Motion. A true and correct copy of this email is attached hereto as Exhibit B.

5. Despite my efforts to confer with Zuccarini about the motion to shorten time, I never received a response from him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 30, 2010, in San Francisco, California.

                                                             s/ Jeffrey M. Rosenfeld

                                                              Jeffrey M. Rosenfeld