# Exhibit A

## Jeff Rosenfeld

**From:** Jeff Rosenfeld
**Sent:** Thursday, July 29, 2010 9:02 AM
**To:** 'John Z'
**Cc:** Karl Kronenberger; Hank Burgoyne
**Subject:** Office Depot v. Zuccarini

Dear Mr. Zuccarini,

I work with Karl Kronenberger and Hank Burgoyne, counsel to DS Holdings in the above-referenced matter. This Friday or early next week, DS Holdings intends to file a motion for the Court to authorize the sale of the domain holdings in the possession of the receiver.

At the same time, DS Holdings will file a motion for a shortened hearing schedule (for the motion to be heard as early as August 20th). The intent of this motion to shorten time is to maximize the time that the receiver will have to promote the auction of the domain names after the Court rules on the motion (i.e. the anticipated auction is set for October 19).

Please let us know whether you are willing to stipulate to this motion for a shortened hearing schedule.

Sincerely,
Jeff


Jeffrey M. Rosenfeld

**KRONENBERGER BURGOYNE, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108-4707
(415) 955-1155, x-112
(415) 955-1158  Fax
Jeff@KBInternetLaw.com
www.KBInternetLaw.com

1

# Exhibit B

# Jeff Rosenfeld

**From:** Jeff Rosenfeld
**Sent:** Friday, July 30, 2010 9:01 AM
**To:** 'John Z'
**Cc:** Karl Kronenberger; Hank Burgoyne
**Subject:** RE: Office Depot v. Zuccarini

Dear Mr. Zuccarini,

I don't believe I heard back from you regarding the email below. As I mentioned, DS Holdings intends to move the Court for a shortened hearing schedule on its motion to authorize the sale of the domain names. Can you let me know whether you will stipulate to this motion for a shortened hearing schedule.

Sincerely,
Jeff

---

**From:** Jeff Rosenfeld
**Sent:** Thursday, July 29, 2010 9:02 AM
**To:** 'John Z'
**Cc:** Karl Kronenberger; Hank Burgoyne
**Subject:** Office Depot v. Zuccarini

Dear Mr. Zuccarini,

I work with Karl Kronenberger and Hank Burgoyne, counsel to DS Holdings in the above-referenced matter. This Friday or early next week, DS Holdings intends to file a motion for the Court to authorize the sale of the domain holdings in the possession of the receiver.

At the same time, DS Holdings will file a motion for a shortened hearing schedule (for the motion to be heard as early as August 20th). The intent of this motion to shorten time is to maximize the time that the receiver will have to promote the auction of the domain names after the Court rules on the motion (i.e. the anticipated auction is set for October 19).

Please let us know whether you are willing to stipulate to this motion for a shortened hearing schedule.

Sincerely,
Jeff

**Jeffrey M. Rosenfeld**

**KRONENBERGER BURGOYNE, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108-4707
(415) 955-1155, x-112
(415) 955-1158  Fax
Jeff@KBInternetLaw.com
www.KBInternetLaw.com