**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Judgment Creditor DS HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OFFICE DEPOT, INC.**, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. C-06-80356-SI <br><br> **CERTIFICATE OF SERVICE** |
| **DS HOLDINGS, LLC,** a Colorado limited liability company, <br><br> Judgment Creditor, <br><br> vs. <br><br> **JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive, <br><br> Judgment Debtor. | |

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California 94108.

On July 30, 2010, I served the following document(s):

1) JUDGMENT CREDITOR DS HOLDINGS, LLC'S AND INTERVENOR THE UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO AUTHORIZE SALE OF DOMAIN NAMES AND DISTRIBUTION OF PROCEEDS; MEMORANDUM OF POINTS AND AUTHORITIES
2) [PROPOSED] ORDER GRANTING MOTION TO AUTHORIZE SALE OF DOMAIN NAMES AND DISTRIBUTION OF PROCEEDS
3) DECLARATION OF POST-JUDGMENT RECEIVER, MICHAEL W. BLACKSBURG, IN SUPPORT OF MOTION TO AUTHORIZE SALE OF DOMAIN NAMES AND DISTRIBUTION OF PROCEEDS
4) DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF MOTION TO AUTHORIZE SALE OF DOMAIN NAMES AND DISTRIBUTION OF PROCEEDS
5) JUDGMENT CREDITOR DS HOLDINGS, LLC'S AND THE UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR HEARING ON A MOTION
6) [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME
7) DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF MOTION TO SHORTEN TIME

On the parties listed below as follows:

Defendant:

John Zuccarini
190 SW Kanner Highway
Stuart, FL 34997
raveclub@comcast.net

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[X] BY EMAIL to the addresses listed above.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: July 30, 2010

_____
Sumeena Birdi

Case No. C-06-80356-SI

2

CERTIFICATE OF SERVICE