**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN ZUCCARINI, <br><br> Defendant. <br>_____/ <br> DS HOLDINGS, LLC, <br><br> Judgment Creditor, <br><br> v. <br><br> JOHN ZUCCARINI, <br><br> Judgment Debtor. <br>_____/ | No. C 06-80356 SI <br><br> **ORDER GRANTING MOTION TO SHORTEN TIME; SETTING BRIEFING SCHEDULE ON MOTION TO AUTHORIZE SALE OF DOMAIN NAMES AND DISTRIBUTION OF PROCEEDS** |

Judgment creditor DS Holdings, LLC and intervenor the United States of America have filed a request to shorten time on their motion to authorize sale of domain names and distribution of proceeds.

The request to shorten time is hereby GRANTED. (Docket No. 143). Defendant Zuccarini is directed to file a response to the motion to authorize sale and distribution by **August 13, 2010**, and DS Holdings and the United States are directed to file their optional reply by **August 20, 2010.** Upon receipt of the reply, the Court will take the matter under submission and issue a ruling promptly.

**IT IS SO ORDERED.**

Dated: August 4, 2010

SUSAN ILLSTON
United States District Judge