UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OFFICE DEPOT INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOHN ZUCCARINI, DBA County Walk, <br><br> Defendant - Appellant, <br><br> DS HOLDINGS LLC, <br><br> Receiver - Appellee. | No. 10-16383 <br><br> D.C. No. 3:06-mc-80356-SI <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The appeal filed June 22, 2010 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The appeal and any motion pending at the time briefing is completed shall be referred to the next available motions panel for disposition.

A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and

provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute.

The briefing schedule shall proceed as follows: appellant's opening brief is due July 26, 2010; appellees' answering brief is due August 23, 2010; and the optional appellant's reply brief is due within 14 days after service of the answering brief. See 9th Cir. R. 3-3(b).

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. See 9th Cir. R. 42-1.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Joe Williams
Deputy Clerk