IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT, INC., | No. C 06-80356 SI |
|     Plaintiff, | **ORDER DIRECTING DS HOLDINGS AND UNITED STATES TO RESPOND TO ZUCCARINI'S CONTENTIONS RE: CONFLICT OF INTEREST** |
| v. | |
| JOHN ZUCCARINI, | |
|     Defendant. / | |
| DS HOLDINGS, LLC, | |
|     Judgment Creditor, | |
| v. | |
| JOHN ZUCCARINI, | |
|     Judgment Debtor. / | |

    DS Holdings and the United States have moved to authorize auction of the domain names and distribution of the auction proceeds. In opposing the motion, Zuccarini asserts that the proposed auction site, the T.R.A.F.F.I.C. Domain Conference & Expo, raises a conflict of interest because Howard Neu, an attorney who represented Zuccarini in the underlying action filed by Office Depot, is a co-owner and organizer of T.R.A.F.F.I.C. Moving parties DS Holdings and the Unites States do not address this assertion in their reply. DS Holdings and the United States are therefore directed, **within ten days of the date of this order,** to file a response to Zuccarini's contentions regarding conflict of interest.

    **IT IS SO ORDERED.**

Dated: August 25, 2010

SUSAN ILLSTON
United States District Judge