**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Judgment Creditor DS HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OFFICE DEPOT, INC.,** a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>            Defendant.<br><br>**DS HOLDINGS, LLC,** a Colorado limited liability company,<br><br>            Judgment Creditor,<br><br>    vs.<br><br>**JOHN ZUCCARINI,** individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>            Judgment Debtor. | Case No. C-06-80356-SI<br><br>**JUDGMENT CREDITOR DS HOLDINGS, LLC'S AMENDED NOTICE OF MOTION AND MOTION TO AUTHORIZE SALE OF DOMAIN NAMES AND DISTRIBUTION OF PROCEEDS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>DATE:<br>TIME:     9:00 AM<br>CTRM:    10, 19th Floor<br><br>The Honorable Susan Illston |

1  TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT on a date and time to be determined by the Court, located in Courtroom 10, 19th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Judgment Creditor DS Holdings, LLC ("DS Holdings") will move the Court to authorize the sale of the domain names in the possession of the post-judgment receiver. DS Holdings will also move the Court to authorize the distribution of the proceeds in the possession of the post-judgment receiver.

DS Holdings makes this amended motion so that the post-judgment receiver can proceed with the sale of the approximately 116 domain names in the receiver's possession to satisfy DS Holdings's judgment against Judgment-Debtor John Zuccarini and the U.S.'s tax liens against Zuccarini, whether these obligations are satisfied in whole or in part by the sale.

This motion amends DS Holdings's and the U.S.'s original Motion to Authorize Sale of Domain Names and Distribution of Proceeds by removing the involvement of the T.R.A.F.F.I.C. Domain Conference & Expo in the proposed auction of the domain holdings. As described in DS Holdings's other filings, the T.R.A.F.F.I.C conference decided not to participate in the proposed auction after Zuccarini threatened its owners with lawsuits. However, Latona's Brokerage & Auction House ("Latona") is still willing to serve as the auctioneer for the domain holdings, and DS Holdings asks the Court to authorize the Receiver to auction the domain holdings in connection with an applicable domain name auction run by Latona.

//
//
//
//
//
//

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. C-06-80356-SI   1   **AMENDED NTC OF MTN & MTN TO AUTHORIZE SALE OF DOMAINS**

1   This motion is based on this amended notice and the memorandum of points and
2   authorities and declarations on file in support of the original Motion to Authorize Sale of
3   Domain Names and Distribution Of Proceeds.

5   DATED: September 3, 2010                KRONENBERGER BURGOYNE, LLP

7                                           By:    s/ Karl S. Kronenberger
8                                                  Karl S. Kronenberger

9                                           Attorneys for Judgment Creditor,
                                            DS HOLDINGS, LLC

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com