MELINDA HAAG (CSBN 132612)
United States Attorney
THOMAS MOORE (ALSBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017
 Fax: (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OFFICE DEPOT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN ZUCCARINI, ET AL., <br><br> Defendant. | No. C-06–80356-SI <br><br> UNITED STATES OF AMERICA'S JOINDER WITH CREDITOR DS HOLDINGS CONFLICT OF INTEREST RESPONSE AND MOTION TO AUTHORIZE SALE OF DOMAIN NAMES AND DISTRIBUTION OF PROCEEDS |

For the reasons stated in Judgement Creditor DS Holdings, LLC's Response To Zuccarini's Contentions Re: Conflict of Interest and in its Motion to Authorize Sale Of Domain Names And Distribution Of Proceeds the United States also asserts that alleged conflict between the Zuccarini and Neu and the T.R.A.F.F.I.C. conference is now moot and supports DS Holdings, LLC's motion to authorize Latona's Brokerage & Auction House to auction the domain names.

Respectfully submitted,

MELINDA HAAG
United States Attorney


/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division