# Exhibit B

| HOME | ABOUT US | CONTACT | RECOMMENDED | SUBMIT A POST | TOOLS | FULL RSS FEED | COMMENTS FEED |

# The Domains

LOG IN | JOIN US: 

 **1st Annual Epik Developers Conference**
Experience the future of domaining for the first time
Sept 15 -17, 2010 in Seattle

# Buyer Beware: If You Buy A Zuccarini Domain At Latonas Expect To Be Sued

2010 SEPTEMBER 9

by MHB

Buyer Beware

That's the only advice I can give anyone **planning on buying one of Zuccarini's domains now held by a receiver if they are auctioned off at Latonas.**

If you buy one of these domains at Latonas auction expect to be sued.

I confirmed with John Zuccarini today that he is planning on suing anyone who buys one of the domains at auction.

John also states that he will file motions asking a court to place all of the earnings of any of the purchase domains into escrow while the suit(s) are pending.

John typically represents himself when he files suit.

The problem for a buyer is that since John represents himself, he incurs no legal fees.

Therefore you might expect to see mulitple motions, discover requests and a lot of paper flying your way which costs John nothing but time, but may result in a pretty large legal bill if you are represented by a lawyer.

I'm not saying you should buy any of these domains, you will have to make that call. All I'm saying is figure into your calculations a certain amount for attorney's fees and your time and effort that you may have to spend fighting what seems to be an inevitable suit.

Of course Mr. Zuccarini also plans on suing Latonas as well but that's another matter.

7 tweets
retweet

Share / Save

Like — Be the first of your friends to like this.

from → Domain Auctions, Domain Sales, Legal

### 8 Responses   leave one →



**Gnanes** PERMALINK                                  2010 SEPTEMBER 9

What's the rush in pushing them to auction?



**MHB** PERMALINK                                    2010 SEPTEMBER 9

Gnanes

That of course is the BIG question.

Also why Latonas?

I mean I understand why they wanted to hit the TRAFFIC auction but if they are just going to auction them off why not a bigger auction platform like Sedo.com or Snapnames or DomainFest, unless they all said no.

## SEARCH

type and press enter

## RECENT COMMENTS

**domainer** on Quick Poll: Slots.Co At $41K, Denver.Co At $40K; Which One Will Sell For More?

**BFitz** on Quick Poll: Slots.Co At $41K, Denver.Co At $40K; Which One Will Sell For More?

**Einstein** on Buyer Beware: If You Buy A Zuccarini Domain At Latonas Expect To Be Sued

## POLL

Which Domain will sell for more: Slots.co or Denver.co

○ Slots.Co
○ Denver.Co

Vote

View Results



## CATEGORIES

> .cm
> .CO



**Prosper** PERMALINK                                           2010 SEPTEMBER 9

What are his names going up on the auction block?



**Shane Cultra** PERMALINK                                      2010 SEPTEMBER 9

That should bring the auction prices down a little.



**Rick Latona** PERMALINK                                       2010 SEPTEMBER 9

I love how you guys and Domain Name Wire and the rest think you are reporters. What kind of reporter would write something like this without calling me for a comment? You should be ashamed of yourselves.

I'll be posting my opinion on the matter shortly.



**Slate** PERMALINK                                             2010 SEPTEMBER 9

Ooo you got in trouble…
Did anyone here ever hear MHB call himself a reporter?
Or even a journalist?

I never did… Im just saying….

Cheers



**Alan** PERMALINK                                              2010 SEPTEMBER 9

Rick

"I love how you guys and Domain Name Wire and the rest think you are reporters"

way to bash your peeps Latona.

At least we know you're not a domain expert either by the wonderful success of your TRAFFIC auctions. Andrew and MHB have done more for this industry than most people (you and I included)

… just a dumb comment Rick.

Anybody wanna buy a watch?



**Einstein** PERMALINK                                          2010 SEPTEMBER 9

What a low blow Rick. But in a sense I agree with you, since you will be promoting the names, they will not sell, making this blog post irrelevant

---

- .ME
- .mobi
- .Org
- .tv
- .us
- .XXX
- CADNA
- ccTLD's
- Domain Auctions
- Domain Industry
- Domain Parking Stock Index
- Domain Registrars
- Domain Sales
- Domain Shows
- Domain Tools
- Domain Valuation
- Domains
- Drop Services
- Economy
- Football
- Guest Posts
- ICA
- ICANN
- Internet News
- Legal
- Media
- Misc
- New Extensions
- Site Development
- Snowe Bill
- Tech Toys
- Top Snap Picks

## Leave a Reply

Name (required):

Email (required):

Website:

Comment:

Note: You can use basic XHTML in your comments. Your email address will **never** be published.

Subscribe to this comment feed via RSS

☐ Notify me of followup comments via e-mail

[Submit Comment]

- Uncategorized
- VeriSign
- Welcome

**Top Posts**

- 7.2 WOW: New Record Of $53K For AutoGlass.co Highlights Another $500K In Land Rush .Co Auctions
- 7.1 You Think No One Will Develop .Co Sites? Wrong: Here's A List Of Developed .Co Sites Already Up & Running
- 7.0 Are .Co Domains Worth More Than .Org Domains?
- 6.9 MySpace Spends $25K on MySpace.Co, A Domain They Could Have Bought For $300
- 6.3 Godaddy.com Gets X.Co & Its Already Up & Running
- 6.3 Google Goes With GoogleInstant.Co, Doesn't Own The .Com & Didn't Bother Registering The .Me or .TV

powered by PostRank

**ARCHIVES**

- September 2010
- August 2010
- July 2010
- June 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009

- July 2009
- June 2009
- May 2009
- April 2009
- March 2009
- February 2009
- January 2009
- December 2008
- November 2008
- October 2008
- September 2008
- August 2008
- July 2008
- June 2008
- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007

## DOMAIN PARKING STOCK INDEX

| | | | |
|---|---|---|---|
| Google | 476.18 | 5.60 | (1.19%) |
| Yahoo! | 13.65 | -0.10 | (-0.73%) |
| Microsoft | 24.01 | 0.08 | (0.33%) |
| QuinStreet | 12.23 | -0.02 | (-0.16%) |
| Baidu | 83.83 | -0.36 | (-0.43%) |
| Sedo | 3.10 | -0.11 | (-3.43%) |
| Marchex | 4.06 | 0.00 | (0.00%) |
| Banks.com | 0.28 | 0.01 | (3.70%) |
| Tucows | 0.69 | 0.07 | (11.13%) |
| Live Current | 0.08 | 0.00 | (0.00%) |
| **DPSI** | **196.18** | **+3.10** | **+1.61%** |

Published by MostWantedDomains.com    Copyright 2010 TheDomains.com