**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 27 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OFFICE DEPOT INC., | No. 10-16383 |
| Plaintiff - Appellee, | D.C. No. 3:06-mc-80356-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| JOHN ZUCCARINI, DBA County Walk, | ORDER |
| Defendant - Appellant, | |
| DS HOLDINGS LLC, | |
| Receiver - Appellee. | |

Before: LEAVY and THOMAS, Circuit Judges.

Appellant's motion for a stay of the auction of domain names pending appeal is denied.

The answering brief remains due on September 7, 2010; the optional reply brief is due 14 days after service of the answering brief.

MF/Pro Se