IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICE DEPOT, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN ZUCCARINI, et al.,<br><br>      Defendants.<br>_____ /<br>DS HOLDINGS, LLC,<br><br>      Assignee,<br><br>  v.<br><br>JOHN ZUCCARINI, et al.,<br><br>      Defendants.<br>_____ / | No. C 06-80356 SI<br><br>**ORDER DENYING MOTION TO SHORTEN TIME FOR HEARING AND REQUESTING A RESPONSE FROM PLAINTIFF** |

On September 14, both parties filed motions in this case. Plaintiff filed a motion to hold defendant in contempt, along with a motion to shorten the time schedule to hear the contempt motion. Defendant filed an "emergency motion" to disallow the auction, clarify the Court's last order, and deny distribution of revenues. Neither party has yet responded to the motions of the other.

The Court denies plaintiff's motion to shorten the time schedule for the contempt motion, and reminds plaintiff that one can only disobey a "specific and definite court order" after that order has been issued. *See* Sept. 13 Order; *In re Dual-Deck Video Cassette Recorder Antitrust Litig.*, 10 F.3d 693, 695 (9th Cir. 1993).

The Court requests that plaintiff respond to defendant's September 14 motions, and in particular

provide guidance to the court as to whether the September 13 Order should be clarified in any way, and if so, how.

For the foregoing reasons and for good cause shown, the Court hereby DENIES the motion to shorten the time schedule to hear the contempt motion. (Dk. No. 178.)

**IT IS SO ORDERED.**

Dated:  September 16, 2010

SUSAN ILLSTON
United States District Judge