John Zuccarini
190 SW Kanner Highway
Stuart, Florida 34997
(772) 631-3887

Pro Se Defendant



FILED
2010 DEC -8 P 12: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OFFICE DEPOT INC., a Delaware Corporation,<br>                Plaintiff,<br>vs.<br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br>                Defendants. | Case No. C-06-80356-SI<br><br>NOTICE OF APPEAL |
| DS HOLDINGS, LLC a Colorado limited liability company,<br>                Assignee,<br>vs.<br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br>                Defendants. | |

Notice is hereby given that the Defendant, John Zuccarini in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order entered in these actions on the 1st day of December, 2010, Doc.186, by the District Court that affirms and clarifies the District Court Order of September 13, Doc. 172, in response to Zuccarini's September 14, motion, Doc. 175: ***Motion to Court to clarify Order of 9/13/2010 as to what Actions The Court Considers to Constitute Threatening, Improper Conduct, and Interfering with the auction of domain names.***

Respectfully submitted this 7th day of December, 2010

By: *[signature]*
John Zuccarini

Pro Se Defendant