John Zuccarini
190 SW Kanner Highway
Stuart, Florida 34997
(772) 631-3887

Pro Se Defendant



DENIED
Judge Susan Illston

FILED
2011 MAR 17 A 9: 15
RICHARD W. WIEKING
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OFFICE DEPOT INC., a Delaware Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants.<br><br>DS HOLDINGS, LLC a Colorado limited liability company,<br><br>　　　　　　　　　Assignee,<br><br>vs.<br><br>JOHN ZUCCARINI, individually and d.b.a. COUNTRY WALK; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. C-06-80356-SI<br><br>REQUEST FOR EMERGENCY HEARING FOR MOTION TO STAY AUCTION OF DOMAIN NAMES |

## MEMORANDUM OF LAW

1.  Zuccarini asks the Court to grant an emergency hearing to stay the auction of the domain names.

2.  Zuccarini intends to appeal this Courts Order of March 8, 2011 Modifying the Order of 9/07/2010 Authorizing the Sale of Domain Name and Distribution of Proceeds, Doc. 207, based on the fact the Court was in error in denying Zuccarini's Emergency Motion to delay the hearing of March 11, 2011 until the Third Circuit Court issued a decision on the three motions for Injunctive Relief Zuccarini had filed in that Court.

3.  As the receiver Blacksburg has already distributed the proceeds from the earnings of the domain names while in his possession, Zuccarini intends to file for further Injunctive relief in the Third Circuit to require Kronenberger and DSH to forfeit the amount of $90,000 paid by check to him by Blacksburg. Zuccarini will ask the Third Circuit Court to order Kronenberger to transfer the $90,000 to the Internal Revenue Service on behalf of Zuccarini.

Respectfully submitted, this 15th day of March 2011.

By: *John Zuccarini*
John Zuccarini

Pro Se Defendant