| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>**Kronenberger Burgoyne, LLP**<br>**150 Post St, #520**<br>**San Francisco, CA 94108**<br>  TELEPHONE NO  **415 955-1155**   FAX NO (Optional) **415 955-1158**<br>  EMAIL ADDRESS (Optional)<br>  ATTORNEY FOR (Name)  **OFFICE DEPOT, INC.** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**<br>  STREET ADDRESS:<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE:<br>  BRANCH NAME: | |
| PLAINTIFF/PETITIONER: **OFFICE DEPOT, INC.** | CASE NUMBER<br>**C-06-80356-SI** |
| DEFENDANT/RESPONDENT: **JOHN ZUCCARINI, ET AL.** | |

| **PROOF OF SERVICE (CIVIL)** | HEARING DATE/TIME<br>**04/08/2011 10:00AM** | HEARING DEPT /DIV. | Ref. No. or File No<br>**OFFICE DEPOT V. ZUCCARINI** |
|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   **Notice of Auction and Sale**

3. a. Party served *(specify name of party as shown on documents served)*:
      **ALL INTERESTED PERSONS**
   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **POST, Posted documents on Castro St by Central Expressway**

4. Address where the party was served:
   **CASTRO ST AT CENTRAL EXPY, MOUNTAIN VIEW, CA 94041**

5. I served the party *(check proper box)*
   a. [   ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:      (2) at *(time)*:
   b. [   ] **by substituted service.** On *(date)*:      (2) at *(time)*:       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [   ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [   ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [   ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [   ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       from *(city)*:       or [   ] a declaration of mailing is attached.
      (5) [   ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Code of Civil Procedure § 1011



**PROOF OF SERVICE**
**(CIVIL)**

Order No. 6740376 SEA

| PLAINTIFF/PETITIONER: OFFICE DEPOT, INC. | CASE NUMBER: C-06-80356-SI |
|---|---|
| DEFENDANT/RESPONDENT: JOHN ZUCCARINI, ET AL. | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):*     (2) from *(city):*
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ X ] **by other means** *(specify means of service and authorizing code section):*
   By personally posting on: 3/29/2011 at 2:16 PM. C.C.P. 415.45.
   A Declaration of Mailing via Certified Mail is attached.

   [ ] Additional page describing service is attached.

6. **Person who served papers**
   a. Name:                Christopher Alton
   b. Address:             111 N. Market Street, Suite 125, San Jose, CA 95113
   c. Telephone number:    408-295-2700
   d. The fee for service was:  $68.00
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ X ] registered California process server:

         (i) [ ] owner  [ ] employee  [ X ] independent contractor
         (ii) [ X ] Registration No.:  1338
         (iii) [ X ] County:           Santa Clara

7. [ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
8. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 3/29/2011

_____          _____
            Christopher Alton                              (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Page 2 of 2

**PROOF OF SERVICE (CIVIL)**

Order No. 6740376 SEA