FILED

MAR 31 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OFFICE DEPOT INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor - Appellee, <br><br> JOHN ZUCCARINI, DBA County Walk, <br><br> Defendant - Appellant, <br><br> DS HOLDINGS LLC, <br><br> Receiver - Appellee. | No. 10-17792 <br><br> D.C. No. 3:06-mc-80356-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court has received and reviewed appellant's response to this court's February 11, 2011 order to show cause. The order to show cause is discharged.

The opening brief is due May 2, 2011; the answering brief is due June 1, 2011; and the optional reply brief is due within 14 days after service of the answering brief.

MF/Pro Se